IRWIN WEISSMAN and LOUIS ROSENBERG, Appellants, v. BANQUE DE BRUXELLES, a Foreign Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK A. STEVENS, Respondent, v. CHARLES F. HEALY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

BERNHARD LEIBOWITZ and Others, Appellants, v. ROMMAS REALTY CORPORATION and Others, Defendants, Impleaded with BESSIE STORCH and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARTIN SAUNDERS, an Infant, etc., by PATRICK SAUNDERS, His Guardian ad Litem, Respondent, v. COCHECTON TOWNSHIP, a Municipal Corporation, Appellant. PATRICK SAUNDERS, Respondent, v. COCHECTON TOWNSHIP, a Municipal Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GLOBE AUTOMATIC SPRINKLER COMPANY, Respondent, v. MILLER ENTERPRISES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES A. JENNINGS COMPANY, INC., Appellant, v. ST. PIUS ROMAN CATHOLIC CHURCH, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE I. LEE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICK HAUGHLAND, Respondent, v. UPPERCU CADILLAC CORPORATION and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding of the jury that the defendant Uppercu Cadillac Corporation was in control of the automobile at the time of the accident is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ABRAHAM A. COHEN, an Attorney.— Reference ordered to Hon. Joseph Rowan, referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MAY LIPSON v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion to dismiss appeals granted, with ten dollars costs, unless appellant procure the records on appeal to be filed so appeals can be argued or submitted on the 2d day of May, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAMES W. BROWN, Public Administrator, etc., as Administrator of ROBERT